UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR324 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JOSHUA COFFEY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 29th day of June, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 5, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Smith & Wesson .40 caliber semiautomatic handgun, Model 4046; Millennium Model PT11 9mm semiautomatic handgun; Mossberg Model 190 16 gauge shotgun; Mossberg Model 500A 12 gauge shotgun; Maverick Model 188 12 gauge shotgun; Ruger .22 caliber semiautomatic handgun; Mossberg 12 gauge shotgun, serial# L745650; New England Pardner 410 gauge shotgun and Winchester Model 1200 12 gauge shotgun, were forfeited to the United States.

2. On May 3, 10 and 17, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on June 20, 2007 (Filing No. 55).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Smith & Wesson .40 caliber semiautomatic handgun, Model 4046; Millennium Model PT11 9mm semiautomatic handgun; Mossberg Model 190 16 gauge shotgun; Mossberg Model 500A 12 gauge shotgun; Maverick Model 188 12 gauge shotgun; Ruger .22 caliber semiautomatic handgun; Mossberg 12 gauge shotgun, serial# L745650; New England Pardner 410 gauge shotgun and Winchester Model 1200 12 gauge shotgun, held by any person or entity, are hereby forever barred and foreclosed.

C.  The Smith & Wesson .40 caliber semiautomatic handgun, Model 4046; Millennium Model PT11 9mm semiautomatic handgun; Mossberg Model 190 16 gauge shotgun; Mossberg Model 500A 12 gauge shotgun; Maverick Model 188 12 gauge shotgun; Ruger .22 caliber semiautomatic handgun; Mossberg 12 gauge shotgun, serial# L745650; New England Pardner 410 gauge shotgun and Winchester Model 1200 12 gauge shotgun, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 29th day of June, 2007.

**BY THE COURT:**


s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**

\